March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

DAVID STEVENS

         Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

___91___-CR-___881___(__)(__)

Defendant __David Stevens__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

___/s/ David Stevens___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___David Stevens___
Print Defendant's Name

___[signature]___
Defense Counsel's Signature

___Jeremy Schneider___
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___4/7/21___
Date

___[signature: Stewart D. Aaron]___
U.S. Magistrate Judge