**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        -against-

DAVID STEVENS,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   ORDER

:   91 Crim. 881 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 3 2021

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for April 28 at 9:00 a.m.

Dated: New York, New York
      April 13, 2021

                      SO ORDERED.

                      George B. Daniels

                      GEORGE B. DANIELS
                      United States District Judge